Case 4:08-cv-01883-CW    Document 1    Filed 04/08/2008    Page 1 of 4



Duane Aguero
PFN: LKY656
CDC# P38260
5325 Broder Blvd.
Dublin, Calif. 94568

E-filing

FILED
08 APR -8 PM 3:24
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA

CW

Duane Aguero,
          Plaintiff,

     V.

STATE OF CALIFORNIA,
DEPARTMENT OF
CORRECTIONS,
          Defendant

Case No. _____

Writ of Habeus Corpus

883  (PR)

     Now comes the plaintiff, Duane Aguero before this honorable court, and asks that the above entitled writ be granted in his favor.
     On March 4, 2008 the plaintiff appeared before the Parole Board at the Alameda County, Santa Rita Jail, and was given six months with half time, but with the plaintiff being

housed in a county jail he is apt
only to receive two thirds time.

    In Pasqual vs. state of
California, Department of Correc
tions 242 F.3d 345 the court came
to the conclusion that a state
prisoner housed in a contract
facility is eligible for the same
good time credits as a prisoner
housed in a state prison, because
it isn't his fault that he is being
housed in a non Department of
corrections facility, due to over
crowding, and that it violates
his 8th Const. Amdt. to be free
from cruel, and unusual
punishment.

    Therefore the plaintiff
asks this Honorable court to
order the Department of Correc-
tions to award him his half time,
as the Parole Board gave him.

Dated: 3.11.08

    Respectfully submitted

    x Diane Aguero

Duane Aguero
PFN: UKV656
CDC# P38260
5325 Broder Blvd.
Dublin, Calif. 94568

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DUANE AGUERO,<br>   Plaintiff, | Case No. _____ |
| | DECLARATION OF<br>PLAINTIFF. |
|    V. | |
| STATE OF CALIFORNIA,<br>DEPARTMENT OF<br>CORRECTIONS,<br>   Defendant. | |

   I, Duane Aguero declare as follows:

   1.) I am the plaintiff in the above entitled action;

   2.) I am a state prisoner being housed at the Alameda County Jail, where I am serving time for a parole violation;

   I declare under the penalty of perjury under the laws of the United States that the foregoing

1  is true, and correct to the best
2  of my knowledge.
3  DATED: 3·11·08

4
5  X _____
6         Duane Aguero
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CLERK OF THE COURT
450 GOLDEN GATE
SAN FRANCISCO CA

RECEIVED
APR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA