E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DUANE AGUERO
  Plaintiff,

vs.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
  Defendant.

CASE NO. 08 1883 CW

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

(PR)

I, DUANE AGUERO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_93-94 HILLS FLOWERS "DELIVERY" 7.50 HR. F/P_
_TIME ✓ APPROX. 300= TO 1,200= A MONTH_
_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No ✓

    b. Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c. Rent payments?     Yes ___ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_N/A_
_____

3. Are you married?     Yes ✓ No ___

Spouse's Full Name: _NICOLE ROXANNE DELUNA_

Spouse's Place of Employment: _INCARCERATED_

Spouse's Monthly Salary, Wages or Income:

Gross $ _N/A_     Net $ _N/A_

4. a. List amount you contribute to your spouse's support: $ _N/A_

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____N/A_____

_____

5.  Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $___N/A___ Amount of Mortgage: $___N/A___

6.  Do you own an automobile?    Yes ____ No ✓

Make ___N/A___ Year ___N/A___ Model ___N/A___

Is it financed? Yes _____ No _____ If so, Total due: $___N/A___

Monthly Payment: $ ___N/A___

7.  Do you have a bank account?    Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ___N/A___

_____

Present balance(s): $ ___0___

Do you own any cash? Yes ____ No ✓ Amount: $ ___N/A___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____N/A_____

8.  What are your monthly expenses?

Rent: $ ___0___    Utilities: ___0___

Food: $ ___0___    Clothing: ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____NO, N/A_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____PASQUAL VS. STATE OF CALIFORNIA_____
10 _____DEPARTMENT OF CORRECTIONS 242 F.3D 345  9TH CIRCUIT_____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _____         _____/s/ Dan_____
17      DATE                          SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 4 -

1
2                                              Case Number: _CV 08 1883_
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                      **IN**
10                         **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ___Duane Aguero___ for the last six months
                                                [prisoner name]
14   ___Revocation the institution___ where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ___1.62___ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ ___1.62___ .
18
19   Dated: _4/30/08_                           ___C/o M-Pigrub___
                                                  [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        DEUEL VOCATIONAL INSTITUTION
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU APR. 30, 2008

ACCOUNT NUMBER : P38260            BED/CELL NUMBER: WJT100000000024L
ACCOUNT NAME   : AGUERO, DUANE ANTHONY    ACCOUNT TYPE: T
PRIVILEGE GROUP: U
                          TRUST ACCOUNT ACTIVITY

     TRAN
DATE CODE  DESCRIPTION  COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
---- ----  -----------  -------   ---------  --------   -----------   -------

10/01/2007  BEGINNING BALANCE                                          0.00

  ACTIVITY FOR 2008
04/21 D300 CASH DEPOSIT  RR/706525               1.62                  1.62

                          TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL      TOTAL         CURRENT    HOLDS     TRANSACTIONS
BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED
---------   --------   -----------   -------    -------   ------------
  0.00        1.62        0.00         1.62      0.00         0.00


                                               CURRENT
                                               AVAILABLE
                                               BALANCE
                                               ---------
                                                 1.62
```

4·30·08

TO WHOM IT MAY CONCERN:

I WAS TRANSFERRED TO DVI AS STATED ON THE ENVELOPE OF THIS MISSIVE. PLEASE CORRESPOND ALL QUESTIONS CONCERNE + ALL PROCEEDINGS THROUGH THIS AFOREMENTIONED ADDRESS

THANK YOU FOR YOUR TIME

SINCERELY,

DUANE AGUERO

