IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE AGUERO,

        Petitioner,

  v.

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Respondent.
                             /

No. C 08-01883 CW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner, has filed a _pro se_ petition for a writ of habeas corpus in which he challenges the execution of his sentence.  He seeks leave to proceed _in forma pauperis_ (IFP).

    A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction.  _See_ 28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  _See id._  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  _See_ _Dannenberg v. Ingle_, 831 F. Supp. 767, 767 (N.D. Cal. 1993); _Laue v. Nelson_, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum.  _See_ Habeas L.R. 2254-3(a); _Dunne v. Henman_, 875 F.2d 244, 249 (9th Cir. 1989).

1   Petitioner is incarcerated at Deuel Vocational Institution,
2 which lies within the venue of the Eastern District of California.
3 See 28 U.S.C. § 84.  Because Petitioner challenges the execution of
4 his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C.
5 § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of
6 justice, this petition be TRANSFERRED to the United States District
7 Court for the Eastern District of California.
8   Petitioner's IFP application is TERMINATED as moot.
9   IT IS SO ORDERED.

10
Dated:  10/6/08                          _____
11                                         CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DUANE AGUERO,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-01883 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane Aguero P38260
Deul Vocational Institution JW124L
P.O. Box 600
Tracy, CA 95378-0600

Dated: October 6, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk